■ DENNIS H. KINDRED, Appellant, v SARAH COLBY et al., Respondents. [42 NYS3d 906]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered May 19, 2015. The order granted defendants' motion to dismiss plaintiff's complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op 52019[U] [Sup Ct, Monroe County 2015]). Present—Centra, J.P., Carni, NeMoyer, Curran and Troutman, JJ.

■ DEWOLFF PARTNERSHIP ARCHITECTS, LLP, Respondent, v WILLIAM R. NOJAY, Escrowee, for a Certain Escrow Account to Which Plaintiff is a Beneficiary, Defendant, and KING HUSSEIN INSTITUTE FOR BIOTECHNOLOGY AND CANCER, Appellant. [42 NYS3d 906]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered February 22, 2016. The order, inter alia, granted the cross motion of plaintiff for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on August 9 and 10, 2016, and filed in the Monroe County Clerk's Office on August 11, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Carni, NeMoyer, Curran and Troutman, JJ.